608

**UNITED STATES of America,**
**Appellant,**

v.

**Harvey VOGEL, d/b/a Ken-Add Machine**
**Company.**

**No. 15807.**

United States Court of Appeals
Eighth Circuit.

July 9, 1957.

George E. MacKinnon, U. S. Atty., and
Kenneth G. Owens, Asst. U. S. Atty.,
St. Paul, Minn., for appellant.

Leonard W. Simonet, Minneapolis,
Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed
without costs to either party in this
Court, on stipulation of parties.

**Solomon P. ROSENBLOOM, also known**
**as Sol Rosenbloom, Appellant,**

v.

**UNITED STATES of America.**

**No. 15842.**

United States Court of Appeals
Eighth Circuit.

July 24, 1957.

Charles M. Shaw, Clayton, Mo., and
Israel Treiman, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and
Wayne H. Bigler, Jr., Asst. U. S. Atty.,
St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed
and dismissed, on motion of appellee.

**GRAND RIVER DAM AUTHORITY, a**
**Public Corporation, and an Agency**
**of the State of Oklahoma,**

v.

**FEDERAL POWER COMMISSION.**

**No. 5566.**

United States Court of Appeals
Tenth Circuit.

April 18, 1957.

Q. B. Boydstun, Vinita, Okl., for petitioner.

Willard W. Gatchell, John C. Mason,
Howard E. Wahrenbrock, and Joseph B.
Hobbs, Washington, D. C., for respondent.

Before BRATTON, Chief Judge.

Petition for review dismissed April 18,
1957, on motion of petitioner.